UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-032-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| DEMELL RAMON SKINNER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:    Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:   Initial Appearance-February 2, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant has been indicted for possessing a .40 caliber Beretta semi-automatic pistol, having been previously convicted of five felonies including VUCSA, robbery and unlawful

01 possession of a firearm.

02     2.    Defendant was not interviewed by Pretrial Services. There is limited information

03 available about the defendant's personal history, residence, family ties, ties to this district, income,

04 financial assets or liabilities, physical/mental health or controlled substance use, if any.    3.

05     Defendant has a long criminal record including the above-listed felonies. He is associated

06 with 15 alias names, two social security numbers and four dates of birth. According to the

07 National Crime Information Center, he is a registered sex offender. He has a history of failing to

08 appear.

09     4.    The defendant does not contest detention.

10     5.    The defendant poses a risk of nonappearance due to his history of failing to appear,

11 history of failing to comply with court orders and association with alias identifiers. He poses a risk

12 of danger due to criminal history and the nature of the current charges.

13     6.    There does not appear to be any condition or combination of conditions that will

14 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

15 to other persons or the community.

16 It is therefore ORDERED:

17     (1)    Defendant shall be detained pending trial and committed to the custody of the

18     Attorney General for confinement in a correction facility separate, to the extent

19     practicable, from persons awaiting or serving sentences or being held in custody

20     pending appeal;

21     (2)    Defendant shall be afforded reasonable opportunity for private consultation with

22     counsel;

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 2nd day of February, 2007.

_____
Mary Alice Theiler
United States Magistrate Judge