1

2

3

4

5                           UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
6                                    AT SEATTLE

7    UNITED STATES OF AMERICA,          )    NO.  CR 07-00032 RSM
                                        )
8              Plaintiff,               )
                                        )    ORDER SEALING DEFENDANT'S
9         vs.                           )    FOURTH MOTION TO CONTINUE
                                        )    TRIAL DATE
10   DEMELL RAMON SKINNER,              )
                                        )
11             Defendant.               )
                                        )
12   _____ )

13
           THIS MATTER having come before the undersigned on the motion of defendant
14
     Demell Ramon Skinner,  that he be permitted to file his Fourth Motion to Continue the Trial
15
     Date,  under seal, and the Court finding that there are compelling reasons to permit the
16
     filing of said document under seal, it is hereby
17
           ORDERED that the defendant shall be permitted to have his Fourth Motion to
18
     Continue the Trial Date hereby filed under seal.
19
           DONE  this 28 day of November  2007.
20

21                                           RICARDO S. MARTINEZ
                                             UNITED STATES DISTRICT JUDGE
22

     Presented by:
23   s/  Timothy R. Lohraff
     WSBA # 32145
24   Attorney for Maria Cooke
     Federal Public Defender's Office
25   1601 Fifth Avenue, Suite 700
     Seattle WA 98101
26   206/553-1100 voice
     206/553-0120 facsimile

                                                       **FEDERAL PUBLIC DEFENDER**
                                                       **1601 Fifth Avenue, Suite 700**
     ORDER SEALING                                     **Seattle, Washington 98101**
     FOURTH MOTION TO CONTINUE TRIAL      – 1          **(206) 553-1100**

1 | tim_lohraff@fd.org

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER SEALING
FOURTH MOTION TO CONTINUE TRIAL       – 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**