UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR07-032-RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| DEMELL RAMON SKINNER, ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on April 04, 2012. The United States was represented by AUSA Andy Colasurdo and the defendant by Nancy Tenney. The proceedings were digitally recorded.

Defendant had been sentenced on or about October 2, 2008 by the Honorable Ricardo S. Martinez on charges of Felon in Possession of a Firearm and Felon in Possession of Ammunition, and sentenced to 70 months custody, three years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program, abstain from alcohol, submit to search, participate in a mental health program, register as a sex offender, participate in

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01 a sexual deviancy evaluation and treatment, have no contact with children under the age of 18

02 unless accompanied and supervised by an approved adult, and be prohibited from association

03 with any known gang members. (Dkt. 75.)

04 In an application dated March 29, 2012 (Dkt. 76, 77 ), U.S. Probation Officer Martin J.

05 Williams alleged the following violations of the conditions of supervised release:

06 1. Failing to notify his probation officer 10 days prior to his new employment on or

07 before March 19, 2012, in violation of standard condition No. 6.

08 2. Failing to participate in a sexual deviancy evaluation as directed since on or

09 before March 19, 2012, in violation of the special condition that he participate in sexual

10 deviancy evaluation.

11 Defendant was advised in full as to those charges and as to his constitutional rights.

12 Defendant admitted violation 1 and waived any evidentiary hearing as to whether it

13 occurred. Defendant denied violation 2 and requested an evidentiary hearing.

14 I therefore recommend the Court find defendant violated his supervised release as

15 alleged in violation 1, and conduct a hearing limited to the issue of disposition. I recommend

16 the Court set an evidentiary hearing on alleged violation 2. The next hearing will be set before

17 Judge Martinez.

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01       Pending a final determination by the Court, defendant has been released on the
02 conditions of supervision.
03       DATED this <u>4th</u> day of April, 2012.

                                        Mary Alice Theiler
                                        United States Magistrate Judge

09 cc:      District Judge:        Honorable Ricardo S. Martinez
          AUSA:                 Andy Colasurdo
10       Defendant's attorney:  Nancy Tenney
          Probation officer:     Martin J. Williams