1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR07-32-RSM |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| DEMELL RAMON SKINNER, | |
| Defendant. | |

An initial hearing on a petition for violation of supervised release was held before the

undersigned Magistrate Judge on August 10, 2012.  The United States was represented by

Assistant United States Attorney Kate Crisham, and the defendant by Dennis Carroll for Nancy

Tenney.

The defendant had been charged with Count I, Felon in Possession of a Firearm, in

violation of 18 U.S.C. § 922(g)(1), and Count II, Felon in Possession of Ammunition, in

violation of 18 U.S.C. § 922(g)(1).  On or about October 2, 2008, defendant was sentenced by

the Honorable Ricardo S. Martinez to a term of 70 months in custody, to be followed by 3

years of supervised release.

The conditions of supervised release included the requirements that the defendant

comply with all local, state, and federal laws, and with the standard conditions.  Special

conditions imposed included, but were not limited to, participation in substance abuse and

mental health programs, $100.00 fine, submit to search, register under the Sex Offender

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1    Registration and Notification Act; participate in a sexual deviancy evaluation, no direct or

2    indirect contact with any children under the age of 18, and not to associate with known gang

3    members.

4           In a Petition for Warrant or Summons dated August 1, 2012, U.S. Probation Officer

5    Michael J. DiGuilio asserted the following violations by defendant of the conditions of his

6    supervised release:

7           1.      Failing to answer truthfully to inquires by the probation officer on or about
                    April 17, 2012, in violation of standard condition number 3.
8

9           2.      Associating with a person convicted of a felony on or about April 17, 2012, in
                    violation of standard condition number 9.
10

11          3.      Using cocaine on or about July 17 and 23, 2012, in violation of standard
                    condition number 7.

12          The defendant was advised of his rights, acknowledged those rights, and admitted to

13   violations 1 and 3.  Defendant denied alleged violation 2, and requested that an evidentiary

14   hearing be set on the same day as a disposition hearing before the Honorable Ricardo S.

15   Martinez on the alleged violation.

16          I therefore recommend that the Court find the defendant to have violated the terms and

17   conditions of his supervised release as to violations 1 and 3 and that the Court conduct an

18   evidentiary/disposition hearing on alleged violation 2.  A disposition hearing on violations 1

19   and 3, and an evidentiary/disposition hearing on alleged violation 2, has been set for September

20   7, 2012 at 9:00 a.m. before the Honorable Ricardo S. Martinez.

21          Pending a final determination by the Court, the defendant has been detained.

22          DATED this 10th day of August, 2012.

23

24

25                                          s/ Dean Brett
                                            DEAN BRETT
                                            United States Magistrate Judge
26

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

cc: District Judge:   Honorable Ricardo S. Martinez
   AUSA:     Kate Crisham
   Defendant's attorney: Nancy Tenney
   Probation officer:  Michael J. DiGuilio

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3